```
PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 09-44621 RE |
| **JAVIER GARCIA ALVAREZ and GUADALUPE ALVAREZ,** | Chapter 13 |
| Debtors. | **DECLARATION OF DEBTOR IN SUPPORT OF DEBTORS' MOTION TO VALUE LIEN** |
| _____ / | |

I, Javier Alvarez, declare:

1. I am one of the debtors in the above-captioned case.

2. The facts contained herein are true and correct and if called upon as a witness I can testify competently as to them.

3. At the time I filed my chapter 13 case, on May 28, 2009, I was the owner of the real property located at 444 Heather Drive, San Pablo, CA 94806 (the "property").

4. I am informed and believe that on the date I filed my case, my property was worth approximately $126,000.00.

5. The property is encumbered by a First Deed of Trust in favor of Bank of America, NA in the sum of $341,279.33, as evidenced by its proof of claim filed on June 05, 2009, a copy of which is attached as Exhibit A and made a part hereof.

6. Bosco Credit, LLC is the beneficiary of a Second Deed of Trust against the property in the sum of $73,723.31, as evidenced by its proof of claim filed on July 2, 2009, a copy of which is attached as Exhibit B and made a part hereof.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 4, 2011                 /s/  Javier Alvarez
                                           JAVIER ALVAREZ